# Third District Court of Appeal

## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1752
Lower Tribunal No. 20-9717
_____

**Alexei Rasin,**
Appellant,

vs.

**Elena Vertlib, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Alexei Rasin, in proper person.

Florida Justice Law Group, and Anna Lenchus, for appellees.

Before FERNANDEZ, C.J., and EMAS and HENDON, JJ.

PER CURIAM.

Affirmed.